IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRENT ROLLINS, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT KERESTES, et al. | : | NO. 13-7473 |

## ORDER

**AND NOW**, this 30th day of January, 2015, upon consideration of the Petition for Writ of Habeas Corpus (ECF Nos. 1 and 11), Petitioner's Traverse to Respondents Answer to the Petition (ECF No. 17), the Report and Recommendation of the Hon. Thomas J. Reuter (ECF No. 19), and Petitioner's Objections to the Report and Recommendation (ECF No. 20), for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation (**ECF No. 20**) are **OVERRULED**;

2. The Report and Recommendation (**ECF No. 19**) is **APPROVED AND ADOPTED**;

3. The Petition for Writ of Habeas Corpus (**ECF Nos. 1 and 11**) is **DENIED**; and

4. A certificate of appealability is **DENIED** since Petitioner has failed to demonstrate that reasonable jurists could disagree with the resolution of his constitutional claims or that the issues presented are adequate to deserve encouragement to proceed further.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE